## PEOPLE v. SMYTH.

APPEAL from the Court of Sessions of the County of Del Norte.

*E. D. Baker* for Appellant.

*Attorney General* for Respondent.

BALDWIN, J., delivered the opinion of the Court—TERRY, C. J., concurring.

Indictment for larceny.   The evidence in this case was clearly insufficient to justify the conviction of the prisoner.   So far from proving legal guilt, it was not even sufficient to warrant an inference of moral culpability.

Judgment reversed.